UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL ENRRIQUE TOBINSON MELENDEZ,<br>Petitioner,<br>v.<br>THE WARDEN OF NORTHWEST ICE PROCESSING CENTER,<br>Respondent. | CASE NO. 2:26-cv-02600-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on its own motion.

On July 23, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner is currently detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington. Dkt. No. 1 at 1. However, the proposed petition lists only "The Warden of Northwest ICE Processing Center" as a respondent. *Id.*

"[H]abeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–13 (N.D. Cal. 2024). If a petitioner fails to do so, the district court lacks jurisdiction over the petition. *Doe*, 109 F.4th at 1195–97. For this matter to proceed, Petitioner must name his current physical custodian as a respondent. Otherwise, the Court does not have jurisdiction to review the petition.

Accordingly, it is hereby ORDERED:

(1) Petitioner SHALL show cause, by **August 7, 2026**, why his current petition should not be dismissed without prejudice for failing to name the proper respondent(s).

(2) Petitioner is GRANTED leave to amend his petition. Petitioner may satisfy the requirement above by filing an amended petition, by **August 7, 2026**, that names the proper respondent(s).

(3) The Scheduling Order previously entered (Dkt. No. 2) is STRICKEN. A new scheduling order will be entered upon filing of a properly amended petition.

(4) Petitioner is ADVISED that failure to respond to this order or file an amended petition will result in the dismissal of the petition and the closure of this case.

//

//

//

//

//

//

(5) The Clerk of Court is DIRECTED to send to Petitioner, along with a copy of this Order, the Western District of Washington's fillable 2241 Immigration Petition for Writ of Habeas Corpus with instruction sheet, Application for Appointment of Counsel, and Financial Affidavit forms.[1]

Dated this 24th day of July, 2026.

Tana Lin
United States District Judge

[1] An *in forma pauperis* form is not necessary as Petitioner has already paid a filing fee.